E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
  Office of the General Counsel
  Social Security Administration
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4861
  Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BRITTANY N. SAMBRANO, <br>  Plaintiff, <br>   v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>  Defendant. | Case No. 2:23-cv-07491-RAO <br><br> **[PROPOSED]** JUDGMENT |

1 | The Court having approved the parties' stipulation to remand this case
2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 | entered for Plaintiff.

DATED: November 7, 2023                       /s/
                                    HONORABLE JUDGE ROZELLA A. OLIVER
                                    UNITED STATES MAGISTRATE JUDGE