LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BRITTANY SAMBRANO,<br><br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No: 2:23-cv-7491-RAO<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount ONE THOUSAND NINE HUNDRED SEVENTY-ONE DOLLARS AND 31/100 ($1,971.31) DOLLLARS AND 00/100 and zero costs ($0.00), subject to the terms of the stipulation.

DATE: November 29, 2023    _____
                                            HON. ROZELLA A. OLIVER
                                            UNITED STATES MAGISTRATE JUDGE